DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

YBOR CITY CENTER FOR REHABILITATION AND HEALING,
as designated representative of P.P., an incapacitated person,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILES,

Appellee.

No. 2D23-1498
_____

March 27, 2024

Appeal from the Department of Children and Families.

Samantha B. Myers and Anna Stallings of Hall Booth Smith, P.C., West Palm Beach, for Appellant.

Deanne Fields, Assistant Regional Counsel, Department of Children and Families, Tampa, for Appellee.


PER CURIAM.

Affirmed.


SILBERMAN, KELLY, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.